**Minutes of the United States District Court**
**Southern District of California**
**NOVEMBER 20, 2007**

HON. __JAN M. ADLER__          DEPUTY CLERK: __R. RHONE__ 

---

|  |  | TAPE NO. JMA07-01-2:26-2:31 |
|---|---|---|
| 07MJ2683- | USA  vs. | DALE STAMPER et al. - N/A |

ARRAIGNMENT OF M/W

TAMARA DEHAAN, CJA - N/A

AUSA: JAMES MELENDRES

---

GOVT'S ORAL MOTION TO DISMISS MATERIAL WITNESS, JUAN VALDERRAMA-ORTIZ - GRANTED
ABSTRACT ISSUED TO USM

MATERIAL WITNESS IS A DEFENDANT IN CASE NUMBER 07MJ2685

3 MINUTES