UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff | ) | CRIMINAL NO. _O7mj2683_ |
| | ) | ORDER |
| vs. | ) | RELEASING MATERIAL WITNESS |
| Dale Stamper, et al. | ) | |
| | ) | Booking No. 721 66208 |
| Defendant(s) | ) | |

On order of the United States District/Magistrate Judge,

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody:   (Bond Posted / Case Disposed / Order of Court).

Juan Valderama-Ortiz - as to this case only
* do not release he is a dft
in 07mj2685 *

DATED: 11-21-07

**JAN M. ADLER**

UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____
DUSM

OR

W. SAMUEL HAMRICK, JR.  Clerk

by  Rhea Rhme
**Deputy Clerk**

CLERK'S OFFICE COPY
mc500 Crim-25 rev. 8-95

☆ U.S. GPO: 2003-581-774/70082