# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL NO. 07MJ2683 |
| Plaintiff | ORDER |
| vs. | RELEASING MATERIAL WITNESS |
| Dale Stamper, et al. | Booking No. |
| Defendant(s) | |

On order of the United States District/Magistrate Judge, Stormes.

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: ((Bond Posted) Case Disposed / Order of Court).

Leonardo Buenrusto-Torres
aka: Leovardo Buenrusto-Torres

DATED: 11-28-07

RECEIVED _____
            DUSM

Nita L. Stormes
UNITED STATES DISTRICT/MAGISTRATE JUDGE

OR

W. SAMUEL HAMRICK, JR.  Clerk
by J. Perrault
Deputy Clerk

CLERK'S OFFICE COPY
mc500 Crim-25 rev. 8-95

☆ U.S. GPO: 2003-581-774/70062