FILED

07 NOV 28 PM 4:59

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: ___pdc___ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

January 2007 Grand Jury   07 CR 3218

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal Case No. _____ |
| Plaintiff, | I N D I C T M E N T |
| v. | Title 8, U.S.C., |
| | Sec. 1324(a)(2)(B)(ii) - |
| DALE STAMPER (1), | Bringing in Illegal Aliens for |
| OSCAR EDUARDO | Financial Gain; Title 18, U.S.C., |
| PRUDENCIO-CUEVA (2), | Sec. 2 - Aiding and Abetting; |
| HUGO ISRAEL | Title 8, U.S.C., |
| RODRIGUEZ-ARZATE (3), | Secs. 1324(a)(1)(A)(ii) and |
| | (v)(II) - Transportation of |
| Defendants. | Illegal Aliens and Aiding and |
| | Abetting |

The grand jury charges:

Count 1

On or about November 15, 2007, within the Southern District of California, defendants DALE STAMPER, OSCAR EDUARDO PRUDENCIO-CUEVA and HUGO ISRAEL RODRIGUEZ-ARZATE, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Jose Marron-Rubio, had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said alien for the purpose of commercial advantage and private financial gain; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(ii), and Title 18, United States Code, Section 2.

CPH:nlv:San Diego
11/28/07

Count 2

On or about November 15, 2007, within the Southern District of California, defendants DALE STAMPER, OSCAR EDUARDO PRUDENCIO-CUEVA and HUGO ISRAEL RODRIGUEZ-ARZATE, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Jose Marron-Rubio, had come to, entered and remained in the United States in violation of law, did transport and move said alien within the United States in furtherance of such violation of law; in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii) and (v)(II).

Count 3

On or about November 15, 2007, within the Southern District of California, defendants DALE STAMPER, OSCAR EDUARDO PRUDENCIO-CUEVA and HUGO ISRAEL RODRIGUEZ-ARZATE, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Abel Valderrama-Ortiz, had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said alien for the purpose of commercial advantage and private financial gain; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(ii), and Title 18, United States Code, Section 2.

//
//
//
//
//
//
//

<u>Count 4</u>

On or about November 15, 2007, within the Southern District of California, defendants DALE STAMPER, OSCAR EDUARDO PRUDENCIO-CUEVA and HUGO ISRAEL RODRIGUEZ-ARZATE, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Abel Valderrama-Ortiz, had come to, entered and remained in the United States in violation of law, did transport and move said alien within the United States in furtherance of such violation of law; in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii) and (v)(II).

<u>Count 5</u>

On or about November 15, 2007, within the Southern District of California, defendants DALE STAMPER, OSCAR EDUARDO PRUDENCIO-CUEVA and HUGO ISRAEL RODRIGUEZ-ARZATE, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Leobardo Buenrustro-Torres, had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said alien for the purpose of commercial advantage and private financial gain; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(ii), and Title 18, United States Code, Section 2.

//
//
//
//
//
//

<u>Count 6</u>

On or about November 15, 2007, within the Southern District of California, defendants DALE STAMPER, OSCAR EDUARDO PRUDENCIO-CUEVA and HUGO ISRAEL RODRIGUEZ-ARZATE, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Leobardo Buenrustro-Torres, had come to, entered and remained in the United States in violation of law, did transport and move said alien within the United States in furtherance of such violation of law; in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii) and (v)(II).

DATED: November 28, 2007.

A TRUE BILL:

_____
Foreperson

KAREN P. HEWITT
United States Attorney

By: _____
CAROLINE P. HAN
Assistant U.S. Attorney