UNITED STATES v. DALE STAMPER
District Court Number: 07CR3218

CERTIFICATE OF SERVICE

I am a citizen of the United States and a resident of San Diego County located in the Southern District of California. I am over the age of 18 years and not a party to the within action. My office address is 444 West C Street, Suite 310, San Diego, California 92101.

On December 5, 2007, I personally caused to be delivered one copy of the following:

**1. NOTICE OF MOTION AND MOTION FOR DISCOVERY AND LEAVE TO FILE FURTHER MOTIONS.**

to the following parties:

CALEB MASON
ASSISTANT UNITED STATES ATTORNEY
880 Front Street, Suite 6293
San Diego, CA 92101

I certify under penalty of perjury that the foregoing is true and correct.

Executed this 5th day of December, 2007, at San Diego, California.

  s/ Roseline D. Feral
  ROSELINE D. FERAL