KAREN P. HEWITT
United States Attorney
AARON B. CLARK
Assistant United States Attorney
California State Bar No. 239764
Federal Office Building
880 Front Street, Room 6293
San Diego, California 92101-8893
Telephone: (619) 557-6787/(619)235-2757 (Fax)
E-mail: aaron.clark@usdoj.gov

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>      v.<br><br>DALE STAMPER (1),<br>OSCAR EDUARDO<br>      PRUDENCIO-CUEVA (2),<br>HUGO ISRAEL<br>      RODRIGUEZ-ARZATE (3),<br><br>             Defendants. | Criminal Case No. 07CR3218-JM<br><br>DATE:   January 7, 2008<br>TIME:   11:00 a.m.<br><br>GOVERNMENT'S NOTICE OF MOTION AND MOTION FOR:<br><br>(1)   RECIPROCAL DISCOVERY; AND<br>(2)   LEAVE TO FILE FURTHER MOTIONS<br><br>TOGETHER WITH STATEMENT OF FACTS AND MEMORANDUM OF POINTS AND AUTHORITIES |

COMES NOW, the plaintiff, the UNITED STATES OF AMERICA, by and through its counsel, Karen P. Hewitt, United States Attorney, and Aaron B. Clark, Assistant United States Attorney, and hereby files its notice of motion and motion for reciprocal discovery, fingerprint exemplars and leave to file further motions. These motions are supported by the attached statement of facts and memorandum of points and authorities.

DATED: December 31, 2007

                                        Respectfully Submitted,

                                        KAREN P. HEWITT
                                        United States Attorney

                                        s/Aaron B. Clark
                                        _____
                                        AARON B. CLARK
                                        Assistant United States Attorney
                                        Attorneys for Plaintiff
                                        United States of America
                                        Email: aaron.clark@usdoj.gov

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Case No. 3:07-CR-3023-JM |
| Plaintiff, ) | |
| v. ) | CERTIFICATE OF SERVICE |
| ) | |
| DALE STAMPER (1), ) OSCAR EDUARDO ) PRUDENCIO -CUEVA (2), ) HUGO ISRAEL ) RODRIGUEZ-ARZATE (3), ) ) Defendants. ) ) | |

IT IS HEREBY CERTIFIED THAT:

I, Aaron B. Clark, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

I am not a party to the above-entitled action. I have caused service of the United States' **Motion for Reciprocal Discovery and Leave to File Further Motions** on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

1. Rosaline Feral
   rferal@aol.com

2. Jodi Thorp
   jodithorp@thorplawoffice.com

3. Jack Boltax
   jbefile@gmail.com

4. Tamra DeHaan
   dehaanesq@cox.net

I declare under penalty of perjury that the foregoing is true and correct.

Executed on December 31, 2007

s/ *Aaron B. Clark*
Aaron B. Clark

2