UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff ) <br> ) <br> ) <br> vs. ) <br> ) <br> Stamper, et al. ) <br> ) <br> ) <br> Defendant(s) ) <br> ) | CRIMINAL NO. 07CR3218-JM <br><br> ORDER <br><br> RELEASING MATERIAL WITNESS <br><br> Booking No. |

On order of the United States District/Magistrate Judge, **Stormes**.

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: **(Bond Posted** / Case Disposed / Order of Court).

**Jose Marron-Rubio**

DATED: **1-2-08**

_Nita L. Stormes_
UNITED STATES DISTRICT/MAGISTRATE JUDGE

OR

RECEIVED _____
      DUSM

W. SAMUEL HAMRICK, JR.   Clerk

by _Perrault_
   Deputy Clerk