1  KAREN P. HEWITT
   United States Attorney
2  AARON B. CLARK
   Assistant United States Attorney
3  California State Bar No. 239764
   United States Attorney's Office
4  Federal Office Building
   880 Front Street, Room 6293
5  San Diego, California 92101
   Telephone: (619) 557-6787
6
7  Attorneys for Plaintiff
   UNITED STATES OF AMERICA

FILED
APR 11 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Criminal Case No. 07CR3218-NLS |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | **STIPULATION OF FACT AND JOINT MOTION FOR RELEASE OF MATERIAL WITNESS AND ORDER THEREON** |
| DALE STAMPER (1), | ) | |
| Defendant. | ) | |

**IT IS HEREBY STIPULATED AND AGREED** between the plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Karen P. Hewitt, United States Attorney, and Aaron B. Clark, Assistant United States Attorney, and defendant DALE STAMPER, with the advice and consent of defense counsel, Rosalyn Dergregorian Feral:

1.  Defendant agrees to execute this stipulation and to participate in a full and complete inquiry by the Court into whether defendant knowingly, intelligently and voluntarily entered into it.

2.  The material witnesses in this case:

    a.  Are aliens with no lawful right to enter or remain in the United States;

    b.  Entered or attempted to enter the United States illegally on or about November 15, 2007;

    c.  Were found in a boat driven by defendant Dale Stamper in the Pacific Ocean, approximately ten miles North of the International Border at position 32º 42'N 117º 21'W, and that defendant knew or acted in reckless disregard of the fact that they were aliens with no lawful right to enter or remain in the United States;

1        d.    were paying between $3,500.00 to $4500.00 to individuals associated with defendant to be brought into the United States illegally and/or transported illegally to a destination therein; and,

      e.    May be released and remanded immediately to the Department of Homeland Security for return to their country of origin.

3.    After the material witnesses are ordered released by the Court pursuant to this stipulation and joint motion, if defendant withdraws his guilty plea to the charge of bringing in an alien without presentation, in violation of 8 U.S.C. § 1324(a)(2)(B)(iii), defendant agrees that in any proceeding, including, but not limited to, motion hearings, trial, sentencing, appeal or collateral attack, that:

      a.    The stipulated facts set forth in paragraph 2 above shall be admitted as substantive evidence;

      b.    The United States may elicit hearsay testimony from arresting agents regarding any statements made by the material witness(es) provided in discovery, and such testimony shall be admitted as substantive evidence under Fed. R. Evid. 804(b)(3) as statements against interest of (an) unavailable witness(es); and,

      c.    Understanding that under <u>Crawford v. Washington</u>, 124 S. Ct. 1354 (2004), "testimonial" hearsay statements are not admissible against a defendant unless defendant confronted and cross-examined the witness(es) who made the "testimonial" hearsay statements, defendant waives the right to confront and cross-examine the material witness(es) in this case.

4.    By signing this stipulation and joint motion, defendant certifies that defendant has read it (or that it has been read to defendant in defendant's native language). Defendant certifies further that defendant has discussed the terms of this stipulation and joint motion with defense counsel and fully understands its meaning and effect.

//

//

//

1    Based on the foregoing, the parties jointly move the stipulation into evidence and for the
2    immediate release and remand of the above-named material witness to the Department of Homeland
3    Security for return to his country of origin.
4    It is STIPULATED AND AGREED this date.

5    Respectfully submitted,

6    KAREN P. HEWITT
     United States Attorney

8    Dated: 2-28-08

     AARON B. CLARK
9    Assistant United States Attorney

10   Dated: 2-28-08

11   ROSALYN DERGREGORIAN FERAL
     Defense Counsel for Dale Stamper

13   Dated: 2-28-08

     DALE STAMPER
14   Defendant

# ORDER

Upon joint application and motion of the parties, and for good cause shown,

**THE STIPULATION** is admitted into evidence, and,

**IT IS ORDERED** that the above-named material witness be released and remanded forthwith to the Department of Homeland Security for return to her country of origin.

**SO ORDERED.**

Dated: 4-10-08

HONORABLE NITA L. STORMS
United States Magistrate Judge