# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA
## (HONORABLE JEFFREY T. MILLER)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>  vs.<br><br>DALE STAMPER,<br>        Defendant. | Case No.: 07CR03218-JM<br><br>**ORDER** |

GOOD CAUSE APPEARING, **IT IS HEREBY ORDERED** that the DEFENDANT'S REQUEST FOR DOWNWARD DEPARTURES AND DEFENDANT'S SENTENCING SUMMARY CHART be filed under seal.

DATED: July 7, 2008

_____
Hon. Jeffrey T. Miller
United States District Judge