FILED
2008 JUL 14 PM 4:00
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
(HONORABLE JEFFREY T. MILLER)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>        Plaintiff,<br>vs.<br>DALE STAMPER,<br>        Defendant. | Case No.: 07CR03218-JM<br><br>**ORDER SEALING DOCUMENT** |

**ORDER**

GOOD CAUSE APPEARING THEREFORE, **IT IS HEREBY ORDERED** that the attached DEFENDANT'S REQUEST FOR DOWNWARD DEPARTURES AND DEFENDANT'S SENTENCING SUMMARY CHART be filed under seal.

DATED: 7/14/08

JEFFREY T. MILLER
United States District Judge